

305 Broadway, 14TH Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwandf.com

Gabriel P. Harvis
gharvis@hwandf.com
Christopher D. Wright
cwright@hwandf.com
Baree N. Fett
bfett@hwandf.com

January 13, 2014

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Pierre-Louis v. Sarrica, et al.*, 13 CV 4691 (BMC)

Your Honor:

    I represent plaintiff in the above-referenced matter. I write pursuant to Local Civil Rule 1.4, with defendants' consent, to respectfully request leave of Court for my firm to withdraw from the representation of plaintiff in this case.

    As set forth in the annexed declaration, there are satisfactory reasons for withdrawal and no prejudice will result if the application is granted. Accordingly, plaintiff respectfully requests leave for counsel to withdraw.

    Thank you for your consideration of this request.

    Respectfully submitted,

    Gabriel P. Harvis

Encl.

cc:  Mr. Josue Pierre-Louis (by Fedex)

      ACC Brian Francolla, Esq.

Digitally signed by Brian M. Cogan
_____
        U.S.D.J.

```
Plaintiff is required to advise the Court
by 1/28/14 whether he objects to Mr.
Harvis' motion to withdraw and, if not,
whether he intends to prosecute this action
pro se. If plaintiff does not respond by
1/28/14, the Court will conclude that
plaintiff has abandoned this action and
will dismiss it. Mr. Harvis is directed to
print out a copy of this endorsed letter,
mail it to plaintiff at his last known
address, and file proof of such mailing.
SO ORDERED: 1/14/14
```